**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dontrell A. THOMAS, Defendant–Appellant.**

**No. 09–11118**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 20, 2010.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Dontrell A. Thomas, has filed a motion

to withdraw on appeal and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**